JOHN W. CARPENTER (221708)
Technology Licensing Company Inc.
33 ½ Los Piños,
Nicasio, CA 94946
Phone: (415) 398-4517
Facsimile: (415) 276-9857
Email: John@trellislaw.com

Attorney for Plaintiff and Counterdefendant
*Defendant Technology Licensing Company, Inc.*

MAYER, BROWN, ROWE & MAW LLP
BRANDON BAUM (121318)
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone:     (650) 331-2000
Facsimile:     (650) 331-2060
Email: baum@mayerbrown.com

Attorneys for Defendant and Counterclaimant
*Coby Electronics Corp.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **Technology Licensing Company, Inc.,** | Case No. C06-4348 (CRB) |
| Plaintiff and Counterclaim Defendant | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |
| v. | |
| **Coby Electronics Corporation** | |
| Defendant and Counterclaimant | |

IT IS HEREBY STIPULATED by and between Plaintiff TECHNOLOGY LICENSING COMPANY, INC. ("TLC") and Defendant COBY ELECTRONICS CORP., through their counsel of record, that the above-captioned action, including all claims and counterclaims, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own costs and attorneys' fees.

Dated: January 2, 2007

By: s/ John Carpenter
JOHN W. CARPENTER (221708)
Attorney for Plaintiff and Counterdefendant
*Technology Licensing Company, Inc.*

Dated: January 2, 2007

By: s/ Brandon Baum
BRANDON BAUM (121318)
Attorney for Defendant and Counterclaimant
*Coby Electronics Corp.*

**ORDER**

IT IS SO ORDERED.

Dated: __January 3, 2007_____

_____
United States District



Stipulation of Dismissal
Case No. C 06-4348 (CRB)            Technology Licensing Co v. Coby            Page 2 of 2